```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER CONLEY, et al.,                     :
                                                :
                Plaintiffs,                     :        23-CV-0602 (PAE) (OTW)
                                                :
        -against-                               :        ORDER
                                                :
MAVIS TIRE SUPPLY, LLC,                         :
                                                :
                Defendant.                      :
                                                :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on May 11, 2023. As discussed at the conference, the parties are directed to meet and confer and submit a revised stipulation and proposed protective order by **May 19, 2023.** The parties shall also meet and confer on Plaintiffs' anticipated motion for conditional certification under the Fair Labor Standards Act section 216(b). The parties shall file a monthly joint status letter on the last business Friday of each month beginning **June 30, 2023**.

       SO ORDERED.

Dated: May 11, 2023  
       New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge