**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CHRISTOPHER CONLEY, et al.,                    :
                                               :
                      Plaintiffs,              :          23-CV-0602 (PAE) (OTW)
                                               :
                 -against-                     :          **ORDER**
                                               :
MAVIS TIRE SUPPLY, LLC,                        :
                                               :
                      Defendant.               :
                                               :
                                               :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF 54. The parties request leave to file a joint status letter on

or before August 18, 2023. (ECF 54). The parties are reminded that on May 11, 2023, the Court

ordered the parties to file a monthly joint status letter on the last business Friday of each

month. (ECF 42). Accordingly, the next joint status letter is due **August 25, 2023**.

       **SO ORDERED.**


                                         _s/ Ona T. Wang_

Dated: July 31, 2023                           **Ona T. Wang**
      New York, New York                    United States Magistrate Judge