UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER CONLEY, and WILLIAM BRYCE, and SAMUEL DeJESUS, on behalf of themselves, individually, and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MAVIS TIRE SUPPLY, LLC,<br><br>Defendant. | **Docket No.:** 1:23-cv-00602 (AS/OTW)<br><br>**[PROPOSED] JUDGMENT** |

**WHEREAS**, on May 10, 2024, Defendant Mavis Tire Supply, LLC, offered Named Plaintiffs Christopher Conley, William Bryce, Samuel DeJesus, and Opt-in Plaintiffs Hussien Abdelaziz, Mark Achamizo, Cyril Claude Badechian, Kevin Andrew Baranow, Joshua Boyd, Richard Carfora, Josue Carrero, Rocco Joseph Crola IV, Eugene Dambrosio, Jennifer Leslie Dickerson, Flavio Fandino, Jonathan Friedman, Josiah Eugene Gish, Jennifer Giordano, Ryan Gonzalez Rivera, Eric Goodrich, Uranda Michelle Johnson, Lewis Lopez, Corey Merrill, Joseph Michael Persico, John Travis Peterson, Scott Purcell, Michael Raio, Cory Rivera, Mark Roszkowski, Zerrak Shahzad, Sang Bo Shim, Nitin Singh, and Edris Zamani (Opt-in Plaintiffs together with Named Plaintiffs, "Plaintiffs"), to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00), inclusive of pre-judgment interest, attorneys' fees, and costs; and

**WHEREAS**, on May 10, 2024, Plaintiffs filed a Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendant in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00).

SO ORDERED, on the _____ day of _____, 2024, New York, New York:

_____
The Honorable Arun Subramanian